FILED
JUL 11 2002
DAVID W. DANIEL, CLERK
US DISTRICT COURT
E. DIST. N. CAROLINA

IN THE UNITED DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:02-CV-103-H4

| | | |
|---|---|---|
| GREGORY S. PURDY | ) | |
| Plaintiff, | ) | |
| v. | ) | **REPLY** |
| ACUITY LIGHTING GROUP, INC., et al | ) | |
| Defendant. | ) | |

The Plaintiff, by and through his attorney, in response to Defendant's Answer, alleges the following counter-defense to Defendant's defense of Contributory Negligence:

### COUNTER-DEFENSE

1. The Plaintiff pleads the counter-defense of "Last Clear Chance."

WESLEY A. COLLINS
CECIL S. HARVELL, P.A.
1107 BRIDGES STREET
MOREHEAD CITY, NC 28557
TELEPHONE: (252) 726-9050
NC STATE BAR # 29156

BY: _____
WESLEY A. COLLINS
ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Reply was this date delivered to Defendant's Counsel of Record as follows, by mailing the same from Morehead City, North Carolina, via U.S. Mail, with sufficient postage for delivery affixed thereto:

Walter E. Brock, Jr.
Attorney for Defendant
Young Moore and Henderson, P.A.
Post Office Box 31627
Raleigh, North Carolina 27622

and

Ronald F. Negin
Bovis, Kyle & Burch, LLC
53 Perimeter Center East, Third Floor
Atlanta, Georgia 30346-2298

This the 10 day of July, 2002.

BY: _____
WESLEY A. COLLINS
ATTORNEY FOR PLAINTIFF
CECIL S. HARVELL, P.A.
1107 BRIDGES STREET
MOREHEAD CITY, NC 28557
TELEPHONE: (252) 726-9050
FACSIMILE: (252) 726-0601
NC STATE BAR # 29156